UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61610-CIV-ZLOCH

KRAMER SCIENTIFIC LABORATORY
PRODUCTS CORPORATION, a New
Jersey corporation,

        Plaintiff,

v.

GOLF MEDICAL CORPORATION,

        Defendant.
_____/

**ORDER**

This matter comes before the Court upon Plaintiff Kramer Scientific Laboratory Products Corporation's Emergency Motion to Compel Defendant and Non-Party Lorena Rodriguez to Comply with the November 28, 2011, Order of the Court and for Sanctions [D.E. 22] and Defendant Golf Medical Corporation's Motion for Protective Order [D.E. 23]. The Court held a telephone hearing on December 1, 2011, and **GRANTED IN PART and DENIED IN PART** both Motions. For the reasons set forth during the hearing, the depositions of Golf and Lorena Rodriguez shall be held on **Tuesday, December 13, 2011, in Fort Lauderdale**, beginning in the morning and continuing until completion.

**DONE AND ORDERED** this 1st day of December 2011.

                                                _____
                                                ROBIN S. ROSENBAUM
                                                UNITED STATES MAGISTRATE JUDGE

cc: Hon. William J. Zloch
Counsel of Record